UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                -against-

                                                                                **20 Mag. 12090**

Akeem Lahens

                                      Defendant(s).
-----------------------------------------------------------------X

Defendant Akeem Lahens hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer


_/s/ Akeem Lahens by Clay Kaminsky        _/s/ Clay Kaminsky
Defendant's Signature                             Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Akeem Lahens                             _Clay Kaminsky
Print Defendant's Name                        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

  11/12/2020
_____                          _____
Date                                              U.S. District Judge/U.S. Magistrate Judge